1

2                                                            **The Hon. Benjamin H. Settle**

3

4

5

6

7                          UNITED STATES DISTRICT COURT
8                    FOR THE WESTERN DISTRICT OF WASHINGTON
                                   AT TACOMA
9
PERRY A. WARD,
10
                    Plaintiff,              AT LAW AND IN ADMIRALTY
11
       vs.                                  NO. 3:15-CV-05338-BHS
12
EHW CONSTRUCTORS, a joint venture,          ORDER GRANTING DEFENDANT'S
13   comprised of SKANSKA USA, INC. (45%),   MOTION TO WITHDRAW AS
14   AMERICAN BRIDGE COMPANY (35%),          COUNSEL OF RECORD
     and NOVA GROUP, INC. (20%); In
15   Personam and THE RINGER II Crane Barge,
     a vessel, her engines, equipment, tackle and
16   appurtenances, In Rem,
17
                    Defendants.
18
19        Considering the foregoing Motion to Withdraw as Counsel of Record filed by

20   Defendant EHW CONSTRUCTORS;

21        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion be and

22   is hereby GRANTED and that Kelly F. Walsh, Esq. (La. Bar. No. 31352), Jonathan A.

23   Tweedy, Esq. (La. Bar No. 31997) and L. Lane Roy, Esq. (La. Bar No. 11513) of the law

24   firm Brown Sims, P.C. are hereby withdrawn as counsel of record for EHW

25   CONSTRUCTORS.

DEFENDANTS' MOTION TO                              Brown   1100 Poydras Street
WITHDRAW AS COUNSEL OF RECORD        - 1 -         Sims    39th Floor
                                                          New Orleans, Louisiana 70163
                                                          O 504 569 1007
                                                          F 504 569 0255

898064/072016 1247/7709-0018

DATED this _____ 8 _____ day of _____, 2016.

_____
JUDGE BENJAMIN J. SETTLE

Presented by:

BROWN SIMS

By: ___ *s/ Kelly F. Walsh* _____
Kelly F. Walsh, Louisiana Bar No. 31352
Attorney for Defendant

DEFENDANTS' MOTION TO
WITHDRAW AS COUNSEL OF RECORD          - 2 -



Brown
Sims

1100 Poydras Street
39th Floor
New Orleans, Louisiana 70163
O 504 569 1007
F 504 569 9255

898064/072016 1248/7709-0018